**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL J. COUTURE, )<br> )<br> Plaintiff(s), )<br> )<br>vs. )<br> )<br>OCWEN LOAN SERVICING, LLC, et al., )<br> )<br> Defendant(s). )<br> ) | Case No. 2:17-cv-00098-APG-NJK<br><br>ORDER<br><br>(Docket No. 12) |

Pending before the Court is the parties' stipulation to extend the deadline for Defendant Ocwen Loan Servicing, LLC to respond to the complaint. Docket No. 12. Local Rule IA 6-1 states that "[a] motion or stipulation to extend time must state the reasons for the extension requested." The parties do not provide any reasons for their request. *See* Docket No. 12.

Accordingly, the parties' stipulation, Docket No. 12, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 21, 2017

 _____
 NANCY J. KOPPE
 United States Magistrate Judge