WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL J. COUTURE,<br><br>          Plaintiff,<br><br>     vs.<br><br>OCWEN LOAN SERVICING, LLC;<br>WELLS FARGO HOME<br>MORTGAGE; EXPERIAN<br>INFORMATION SOLUTIONS, INC,<br><br>          Defendants. | Case No.:  2:17-cv-00098-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED between Ocwen Loan Servicing, LLC (hereinafter "Ocwen") and Paul J. Couture (hereinafter "Plaintiff"), by and through their undersigned counsel, to extend the deadline for Ocwen to file a responsive pleading to Plaintiff's Complaint [ECF No. 1] to **March 17, 2017.** The parties agree to an extension to allow additional time to explore settlement.

*///*
*///*
*///*
*///*
*///*
*///*
*///*

This is the parties' first request for extension and is not intended to cause any delay or prejudice to any party.

DATED this 23rd day of February, 2017.        DATED this 23rd day of February, 2017.

WRIGHT, FINLAY & ZAK, LLP                     KNEPPER & CLARK LLC


*/s/ Michael S. Kelley*                       */s/ Matthew I. Knepper*
Dana Jonathon Nitz, Esq.                      Matthew I. Knepper, Esq.
Nevada Bar No. 00050                          Nevada Bar No. 12796
Michael S. Kelley, Esq.                       Miles N. Clark, Esq.
Nevada Bar No. 10101                          Nevada Bar No. 13848
7785 W. Sahara Ave., Suite 200                10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89117                           Las Vegas, NV 89129
*Attorneys for Defendant, Ocwen Loan          Attorney for Plaintiff, Paul J. Couture*
Servicing, LLC*


## **ORDER**

IT IS SO ORDERED.

DATED this 24th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP


*/s/ Michael S. Kelley*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*