# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAUL J. COUTURE,

          Plaintiff(s),

vs.

OCWEN LOAN SERVICING, LLC, et al.,

          Defendant(s).

Case No. 2:17-cv-00098-APG-NJK

ORDER

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than April 24, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: April 17, 2017

                                                          _____
                                                          NANCY J. KOPPE
                                                          United States Magistrate Judge