Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL J. COUTURE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; WELLS FARGO HOME MORTGAGE; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-00098-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE, PURSUANT TO FRCP 41(A)(I)(A)(II)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Wells Fargo Home Mortgage, from the above captioned action, with prejudice.  Each party will bear their own fees and costs.

Stipulation of Dismissal of Wells Fargo Home Mortgage, Pursuant To FRCP 41(A)(I)(A)(ii) - 1

　IT IS SO ORDERED
　Dated: September 7, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

Dated this 5th day of September, 2017.

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>Attorney for Plaintiff<br>*Paul J. Couture* | /s/ *Tanya N. Lewis*<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>SNELL & WILMER, L.L.P.<br>3883 Howard Hughes Pkwy, Ste. 1100<br>Las Vegas, NV 89169-5958<br>Email: tlewis@swlaw.com<br><br>Attorneys for Defendant<br>*Wells Fargo Home Mortgage* |
| /s/ *Jennifer L. Braster.*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br><br>Attorney for Defendant<br>*Experian Information Solutions, Inc.* | |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this \_\_\_\_ day of _____ 2017.

Stipulation of Dismissal of Wells Fargo Home Mortgage, Pursuant To FRCP 41(A)(I)(A)(ii) - 2